**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

FRANKLIN DELANO FLOYD,

      Petitioner,

-vs-                                  Case No.  8:14-CV-1041-T-30MAP

SECRETARY, DEPARTMENT
OF CORRECTIONS,

      Respondent.
_____/

## ORDER

Petitioner, a State of Florida prisoner proceeding *pro se*, filed a petition for writ of

habeas corpus (Dkt. 1) and motion to proceed *in forma pauperis* (Dkt. 2) on April 28, 2014.

Petitioner's petition challenges his state conviction for first-degree murder and sentence of

death.

Petitioner previously filed a petition for writ of habeas corpus in this Court in 2006,

challenging the same state court conviction.  *See Floyd v. Secretary, Dept. of Corrections*,

Case No. 8:06-cv-1402-T-27EAJ.  That action is currently stayed pending final resolution

of the pending state court post-conviction proceedings.

Petitioner may not simultaneously challenge the same conviction in two separate actions in this Court.  Therefore, the petition in this action will be dismissed.[1]

ACCORDINGLY, the Court ORDERS that:

1.   Petitioner's petition (Dkt. 1) is DISMISSED.

2.   The Clerk shall terminate any pending motions and close this case.

DONE and ORDERED in Tampa, Florida on May 2, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*

---

[1]If Petitioner wishes to obtain relief from this Court on his state court conviction, he should file, through appointed counsel, an appropriate motion or pleading in Case No. 8:06-cv-1402-T-27EAJ.